IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH VINES** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **DAVID DIGUGLIELMO** | : | **NO. 06-2658** |

### O R D E R

**AND NOW**, this 23rd day of January, 2007, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Charles B. Smith and objections thereto by petitioner, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.
2. The petition for a writ of habeas corpus is **DENIED** with prejudice.
3. There is no probable cause to issue a certificate of appealability.
4. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

_____
Berle M. Schiller, J.